IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JONARD ANTRON BRYANT, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-94(HL) |
| | * |
| OFFICER WILLIAMS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 14, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk